No. 693. VAUGHAN ET AL. *v.* NEW YORK. Motion to dismiss distributed February 20, 1937. Decided March 1, 1937. *Per Curiam:* The motion of the appellee to dismiss the appeal is granted, and the appeal is dismissed for the want of a substantial federal question. *Hatch* v. *Reardon,* 204 U. S. 152, 159, 160. *Messrs. William F. Unger* and *Samuel P. Gilman* for appellants. *Mr. Henry*

*Epstein* for appellee.